# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160903

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KEITH ALLEN BAGLEY,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160903
COA: 351403
Newaygo CC: 12-010152-FH;
12-010153-FC

On order of the Court, the application for leave to appeal the December 10, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020

Clerk

a0622